# *Ex parte* The State.

*Petition for Mandamus to the Judge of the Criminal Court of Jefferson County.*

1. *Sheriff's fees for feeding prisoners; when not included in costs.*—If a defendant in a criminal case is convicted and confesses judgment with sureties for fine and costs, the sheriff's fees for feeding defendant while in jail cannot be included in the costs; since "it is only for costs proper, in which jail fees do not enter, and for the fine assessed, that the sureties become liable on a confession of judgment for fine and costs, under section 5423 of the Code."

This was a proceeding by petition for mandamus against the judge of the criminal court of Jefferson county, preferred to the Supreme Court by Wm. C. Fitts,

[*Ex Parte* The State.]

Attorney General, acting for and in the name of the State, to compel said judge to vacate an order made by him by virtue of which collection of sheriff's fees for feeding prisoner while in jail, from the defendant and the sureties on his confession of judgment for fine and costs, was prohibited. Mandamus denied.

WILLIAM C. FITTS, Attorney General, for the State.

LEE C. BRADLEY, *contra.*

HARALSON, J.—Under former statutes (Code 1876, § § 5043, 5044), it was decided by this court, that the compensation of the sheriff for feeding a defendant in a criminal case, while confined in jail to answer an indictment, was a part of the costs in the strictest sense of the term, taxable against him on conviction, and for the payment of which hard labor might be imposed.—*Bradley v. The State,* 69 Ala. 318; but this was afterwards changed by statute (Acts 1882-3, p. 14, Code 1886, § 4872) and such fees were required to be paid by the State. The present statute provides, "In no case shall any defendant on conviction, be sentenced to hard labor for the payment of sheriff's fees for feeding him while in jail." Code 1896, § 4565 (4872). Such fees, then, are not a part of the costs in a criminal case, taxable against a defendant for which he may be sentenced to hard labor for the county.—Code, § 5422 (4501). It is only for costs proper, in which jail fees do not enter, and the fine assessed, that the sureties become liable on a confession of judgment for fine and costs under section 5423 (4502) of the Code. There was no error in the ruling of the court below, and mandamus is denied.

Mandamus denied.